IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONDA BUTLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | NO. 20-6206 |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 24th day of February, 2022, upon consideration of the Plaintiff's Request for Review, and any response thereto, it is hereby **ORDERED** that the Plaintiff's Request is **GRANTED**, and this case is **REMANDED** to the Commissioner for further administrative proceedings consistent with the corresponding Opinion.

Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an administrative law judge to further evaluate Plaintiff's claim.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE